UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alane King,

Plaintiff,

v.

Hartford Life and Accident Insurance Company,

Defendant.

Civil No. 02-36 JMR/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, thc following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by April 1, 2002.

   b. All discovery shall be commenced in time to be completed by June 1, 2002.

   c. No more than 20 interrogatories, including all discrete subparts, shall be served by any party.

   d. No more than 25 Requests for Admission shall be served by any party.

   e. No more than 10 Document Requests shall be served by any party.

   f. No more than 2 depositions shall be taken by any party.

2 7 2002
FILED
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by July 1, 2002. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to September 1, 2002.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

3. Trial

a. This case shall be ready for trial on and after October 1, 2002, at which time it will be placed on the court's non-jury trial calendar.

b. Trial is estimated to last 1-2 trial days.

DATED: 2/26, 2002.

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge