ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alane King, as Conservator and Natural Parent of Amber Lynn Schanus,

Plaintiff,

vs.

Hartford Life and Accident Insurance Company,

Defendant.

File No.: 02-CV-36 JMR/FLN

**STIPULATION AND MOTION TO AMEND THE PRETRIAL SCHEDULE**

Pursuant to Fed. R. Civ. P. 29 and Local Rule 16.3, plaintiff Alane King ("King") and defendant Hartford Life and Accident Insurance Company ("Hartford") hereby stipulate and move to amend the Pretrial Schedule, dated February 25, 2002, to extend the date for filing and hearing dispositive motions. As grounds for this motion, the parties state as follows:

1. The Pretrial Schedule states that all dispositive motions shall be filed and scheduled for hearing prior to September 1, 2002.

2. On July 8, 2002, Hartford served King with its motion for summary judgment. The parties completed briefing and Hartford filed that motion with the Court on August 8, 2002.

3. After receiving Hartford's motion for summary judgment, King elected to move for summary judgment as well.

4. Briefing on King's motion for summary judgment may not be completed until the first week of September.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

306601-1

5. Judge Rosenbaum's chambers have indicated that the Court is available to hear the parties' cross-motions on October 11, 2002, at 11:00 a.m.

THEREFORE, the parties agree that the pretrial order shall be amended so that dispositive motions must be filed and scheduled for hearing by October 11, 2002.

Respectfully submitted,

Dated: August 21, 2002

GRUNDHOEFER, NEUVILLE & LUDESCHER, P.A.

By ______________________
Thomas M. Neuville, #078591
Box 7, 515 South Water Street
Northfield, MN 55057
Telephone: (507) 645-4451

**ATTORNEY FOR PLAINTIFF ALANE KING**

Dated: August 22, 2002

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By ______________________
Eric C. Tostrud (#213548)
Martin A. Carlson (#0299650)
100 Washington Avenue South
Suite 2200
Minneapolis, Minnesota 55401-2159
Telephone: (612) 339-6900

**ATTORNEYS FOR DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

SO ORDERED, this 6th day of Sept, 2002.

______________________
Honorable Franklin L. Noel
United States Magistrate Judge