# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Alane King, as Conservator and
Natural Parent of Amber Lynn Schanus

Case No. Civil 02-36 JMR/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Hartford Life and Accident Insurance Co.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that 1. Defendant's motion is granted. 2. Plaintiff's motion is denied.**

DATE: October 16, 2002

RICHARD D. SLETTEN, CLERK

Deborah D. Bell

Deborah D. Bell, Deputy Clerk

(22)