**MINUTES OF PROCEEDINGS:** (XX) Judge James M. Rosenbaum
**MOTIONS** **Reporter -**

**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA**

Alane King ______________________ ________________

______________________ ______________________

______________________ ______________________

PLAINTIFF(S) PLAINTIFF(S) COUNSEL

VS. CIV. 02-36 ______________

Hartford Life & Accident Insurance Co. ________________

______________________ ______________________

______________________ ______________________

INTERPRETER ______________________________

(XX) **MOTION MINUTES**

**ORDER TO BE SUBMITTED BY: (XX ) COURT ( ) PLAINTIFF ( ) DEFENDANT**

8th Circuit order reversing and remanding the case was vacated on 4-6-04. Case is closed

pending any further rulings from the 8th Circuit.

______________________________________________

______________________________________________

______________________________________________

( ) Exhibits retained by Court. ( ) Exhibits returned to Counsel.
( ) Bond continued. ( ) Deft. Remanded to custody of U.S. Marshal.

Dated: 8-30-04

S/Larry Lewis
Larry Lewis, Calendar Clerk to
James M. Rosenbaum