**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

**RECORDS TRANSMITTAL SHEET**

**DATE:** August 9, 2005

RE: 02-3934 Alane King vs. Hartford Life

**TO:** Mr. Richard Sletten

**FROM:** James Foster

Enclosed are the following records for return to your office:

Original file: 2 vols. Transcript: 1 vol.

Deposition: Sealed:

Exhibits:

Other:

[ ] Case closed [ ] Counsel appointed

[ ] Per your request [ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 02-36 JMR/FLN

jjf

RECEIVED

AUG 15 2005

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED

AUG 16 2005

U.S. DISTRICT COURT MPLS