UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

File No. 02-CV-36 JMR/FLN

Alane King, as Conservator and Natural Parent of Amber Lynn Schanus,

Plaintiff,

vs.

Hartford Life and Accident Insurance Company,

Defendant.

**PLAINTIFF'S MOTION FOR COSTS AND ATTORNEY'S FEES**

**TO: THE UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA**

The Plaintiff, moves the court for its order as follows:

1. Granting and awarding attorney's fees in the amount of $35,750.43, incurred as a result of Plaintiff's Appeal to the United States Circuit Court of Appeals for the Eighth Circuit.

2. Granting and awarding costs and disbursements in the amount of $1,844.51, as reflected on the attached Affidavit of Costs.

3. Excusing Plaintiff for failure to apply for fees and costs within the time limits provided by Local Rule 54.3.

This Motion is supported by the Affidavit of Thomas M. Neuville, attorney for Plaintiff/Appellant, the Affidavit of Susan Holden, and the Legal Memorandum submitted herewith.

Dated: **August 25, 2005**

/s/ Thomas M. Neuville

Grundhoefer, Neuville & Ludescher, P.A.
Attorneys for Plaintiff/Appellant
Box 7, 515 South Water Street
Northfield, Minnesota 55057
Telephone No. (507)645-4451
Attorney Registration No. 078591

*kms\tmn\king417\motion 2 for costs & atty fees*