UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

File No. 02-CV-36 JMR/FLN

Alane King, as Conservator and
Natural Parent of Amber Lynn Schanus,

Plaintiff,

vs.

Hartford Life and Accident Insurance Company,

Defendant.

**AFFIDAVIT OF THOMAS M. NEUVILLE**

STATE OF MINNESOTA )
)ss.
COUNTY OF RICE )

Thomas M. Neuville, first being duly sworn on oath, deposes and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled matter.

2. On October 16, 2002, this court entered it's judgment granting summary judgment to Defendant, and dismissing Plaintiff's claim for benefits under an ERISA accidental death life insurance policy.

3. On November 14, 2002, Plaintiff appealed to the United States Circuit Court of Appeals for the Eighth Circuit, from the Summary Judgment of the District Court.

4. The panel of the Eighth Circuit Court reversed the grant of summary judgment and awarded judgment in favor of Plaintiff. The case was remanded for further proceedings to the Minnesota District Court. *see King v. Hartford Life and Accident Insurance Company, 357 F. 3d 840 (8th Cir. 2004)*. However, upon Defendant's petition for rehearing, *en banc* review was granted.

5. On July 22, 2005, United States Court of Appeals for the Eighth Circuit issued its *en banc* decision and judgment.

The court reversed the summary judgment entered by the district court, modified the standard by which the plan administrator must evaluate the facts in this case, and remanded the case to the United States District Court with instructions that the case be remanded to the plan administrator for further consideration.

6. Your Affiant has expended considerable time and effort in appealing this matter to the Eighth Circuit Court of Appeals. Attached hereto is a true and accurate copy of your Affiant's time records with respect to all of his work from September 11, 2001, through July 22, 2005.

Your Affiant states that all of the work reflected on the attached time and expense records was actually performed, and was reasonable and necessary for the result achieved in this case.

7. Your Affiant's present normal and customary billing rate is $200.00 per hour. Your Affiant requests fees at the rate of $180.00, which was Affiant's rate when this case began in 2002.

8. Your Affiant requests that the court excuse his failure to comply with Local Rule 54.3(b), which normally requires application for fees within 30 days from entry of judgment in the case. Your Affiant states that this case is your Affiant's first civil case in Federal Court in his 29 years of practice as an attorney in the State of Minnesota. Shortly after issuance of the *en banc* decision by the Eighth Circuit, your Affiant corresponded with the attorney for the Defendant, Eric Tostrud. Your Affiant hoped to negotiate a resolution to the case and a settlement of the underlying accidental death

benefit claim and claim for costs and attorney's fees.

Your Affiant was advised by Eric Tostrud, attorney for Defendant, by letter dated August 22, 2005, that Hartford intended to re-adjudicate Plaintiff's claim following the remand from the District Court. Your Affiant was absent from his office from August 22nd through August 24th, attending a legal CLE and performing state legislative responsibilities (Your Affiant is a Minnesota Legislator).

Because of your Affiant's inexperience in Federal Court, your Affiant was unaware that the motion for attorney's fees had to be filed by August 22, 2005, under Local Rule 54. However, the amount of costs and attorneys fees incurred in this case approximate the total amount of the underlying accidental death benefit claim. Therefore, it would constitute a substantial hardship and injustice upon Plaintiff if the court did not excuse Plaintiff's failure to comply with Local Rule 54.3(b).

Finally, your Affiant does not believe that Hartford Insurance Company would be prejudiced in any way if the court were to allow consideration of Plaintiff's motion for costs and attorney's fees. The delay is nominal (4 days).

FURTHER YOUR AFFIANT SAYETH NOT.

Dated: **August 25, 2005**

/s/ Thomas M. Neuville

Attorney for Plaintiff
Box 7, 515 S. Water St.
Northfield, MN. 55057
(507) 645-4451
Attorney Reg. No. 78591

Subscribed and sworn to before me
this 25th day of August, 2005.

/s/ Karen M. Schaefer

Notary Public

*kms\tmn\king417\aff tmn2 re costs & atty fees for 8th appeal*