GRUNDHOEFER NEUVILLE & LUDESCHER PA
515 S Water Street, P.O. Box 7
Northfield, MN 55057
Telephone (507) 645-4451
Fax (507) 645-7233

Ms Alane King
Box 25
Pierz MN 56364

February 16, 2004
In Reference To: File No. 417 - Insurance claim for accidental death benefits
Invoice # 16454

Professional services

| | | | Hours |
|---|---|---|---|
| 9/11/01 | TMN | Review of police report concerning motorcycle accident; dictation of letter to Dakota County Sheriff with payment for reports; | 0.35 |
| 9/26/01 | TMN | Conference with Melvin Schanus in Hastings to obtain information regarding accident; | 2.50 |
| 11/21/01 | TMN | Preparation of first draft of Civil Complaint against Hartford Life Insurance Company; | 2.50 |
| 11/26/01 | TMN | Legal research; | 2.50 |
| 11/27/01 | TMN | Review and revision of first draft of Complaint; sign pleadings and send to Sheriff for service; | 1.50 |
| 12/28/01 | TMN | Telephone conference with Goodhue County Sheriff regarding Affidavit of Service; | 0.20 |
| 1/9/02 | TMN | Receipt and review of letter from attorney for Hartford Life Insurance with Petition for Removal; legal research of federal statutes and Rules of Procedure; telephone conference with Clerk of U.S. Federal Court; dictation of letter to client; | 2.00 |

| | | | Hours |
|---|---|---|---|
| 1/10/02 | TMN | Telephone conference with Clerk for Judge Rosenbaum; | 0.25 |
| 2/7/02 | TMN | Telephone conference with Attorney Eric Tostrude (for Hartford) regarding Scheduling Conference; | 0.25 |
| 2/19/02 | TMN | Receipt and review of fax letter from Attorney Tostrude with Stipulation; review of Stipulation and return to Tostrude; | 0.30 |
| 2/26/02 | TMN | Attend Pre-Trial Hearing in Minneapolis Federal Court; | 3.00 |
| 7/11/02 | TMN | Review of Hartford's Motion and Legal Memorandum in support of Motion for Summary Judgment; | 2.00 |
| 7/18/02 | TMN | Legal research Rules of Civil Procedure; | 1.00 |
| 7/19/02 | TMN | Legal research caselaw at Rice County Law Library; | 3.00 |
| 7/24/02 | TMN | Legal research caselaw; | 2.50 |
| | TMN | Legal research of caselaw from Lexis search; | 3.00 |
| 7/25/02 | TMN | Legal research; review of Hartford's Memorandum; preparation of first draft of Plaintiff's Legal Memorandum, Motion for Summary Judgment, and Affidavit of Thomas M. Neuville; | 12.00 |
| 7/26/02 | TMN | Review and revision of Plaintiff's Legal Memorandum; telephone conference with attorney for Hartford Insurance; | 3.50 |
| 7/29/02 | TMN | Review and revision of second draft of Brief and Summary Judgment documents; | 5.00 |
| 8/21/02 | TMN | Telephone conference with Attorney Carlson; dictation of letter to Attorney Carlson with stipulation to extend date; | 0.25 |
| 8/26/02 | TMN | Review of motion documents; | 0.50 |
| 9/13/02 | TMN | Telephone conference with Greenvale Apartments; telephone conference with Community Action Center to locate client; | 0.30 |
| 10/10/02 | TMN | Review of file; prepare for hearing on October 11, 2002; telephone conference with client; | 2.00 |
| 10/11/02 | TMN | Travel to/from St. Paul; attendance at Court Hearing for summary judgment motions; | 4.00 |

| | | | Hours |
|---|---|---|---|
| 10/15/02 | TMN | Dictation of letter to client; dictation of letter to Hartford's attorney; | 0.50 |
| 11/14/02 | TMN | Preparation of Notice of Appeal; letter to Clerk of Court; letter to attorney for Hartford; file Notice of Appeal personally in St. Paul Courthouse; review Rules of Appellate Procedures; | 3.00 |
| 11/25/02 | TMN | Preparation of Statement of Issues; preparation of Order for Transcript; telephone conference with Clerk of Court of Appeals for 8th Cir; review of Rules of Civil Appellate Procedure; draft correspondence; | 1.50 |
| 11/27/02 | TMN | Telephone conference with Dawn Hanson - Court Reporter; letter to same ordering transcript letter to Attorney Tostrude and revise Statement of Issues; | 0.75 |
| 12/4/02 | TMN | Receipt and review of letter from 8th Circuit Court of Appeals; fax file - Notice of Appearance, Statement of Issues, Certificate of Order for Transcript; letter to client; | 1.50 |
| 12/12/02 | TMN | Telephone conference with Attorney Carlson; preparation of Certificate regarding Appendix; letter to Clerk of 8th Circuit; telephone conference regarding printing brief; review of 8th Circuit Rules; | 4.00 |
| 1/12/03 | TMN | Legal research of caselaw; preparation of second draft of Brief; | 6.00 |
| 1/13/03 | TMN | Work on Brief; preparation of third draft; mail Appendix documents to Printing Company; | 8.00 |
| 1/14/03 | TMN | Work on Brief; review of Federal caselaw; preparation of fourth draft of Brief; | 6.00 |
| 1/16/03 | TMN | Work on Brief; | 4.00 |
| 1/18/03 | TMN | Work on Brief; | 4.00 |
| 1/19/03 | TMN | Work on Brief and Addendum; | 5.00 |
| 1/20/03 | TMN | Preparation of final draft of Brief; e-mail to Becker Publishing; telephone conference with Nick at Becker Publishing; | 4.00 |
| 3/2/03 | TMN | Legal research case law; review of Appelleee's Brief; preparation of first draft of Reply Brief; | 8.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/3/03 | TMN | Review and revision of first draft of Reply Brief; | 3.00 | |
| 3/4/03 | TMN | Review and revision of second draft of Reply Brief; | 3.00 | |
| 3/5/03 | TMN | Review of final draft of Reply Brief; e-mail to Becker Publishing; | 3.50 | |
| 3/14/03 | TMN | Pay printing bill; dictation of letter to client with copies of Briefs; | 0.50 | |
| 8/28/03 | TMN | Telephone conference with Clerk of Court regarding status; | 0.25 | |
| 10/17/03 | TMN | Receipt and review of e-mail from 8th Circuit Court of Appeals regarding oral argument in St. Paul; return Confirmation; | 0.50 | |
| 11/19/03 | TMN | Preparation of Oral Argument for 8th Circuit Court; | 8.00 | |
| 11/20/03 | TMN | Preparation of Oral Argument for 8th Circuit Court; review cases and briefs; | 5.00 | |
| 11/21/03 | TMN | Attend Oral Argument in St. Paul before 8th Circuit Court of Appeals; | 3.50 | |
| | | For professional services rendered | 137.90 | $24,822.00 |

Additional charges:

| | | |
|---|---|---|
| 9/14/01 | - Postage/certified mail charges | 0.34 |
| | - Copies and photographs | 22.07 |
| 9/26/01 | - Mileage expense (round trip to Hastings to visit Melvin Schanus) - 80 miles at $.30 per mile | 24.00 |
| 11/27/01 | - Photocopy charges | 14.10 |
| | - Postage/certified mail charges | 3.90 |
| 12/17/01 | - Postage/certified mail charges | 1.95 |
| 1/7/02 | - Fax charges | 8.50 |
| 2/26/02 | - Mileage expense (round trip to Minneapolis) - 90 miles at $.30 per mile | 27.00 |
| | - Parking fee in Minneapolis | 5.00 |
| 6/17/02 | - Postage/certified mail charges | 0.68 |
| 6/18/02 | - Postage/certified mail charges | 2.20 |
| 7/29/02 | - Fax charges | 28.00 |

| | | Amount |
|---|---|---|
| 7/29/02- | Photocopy charges | 61.50 |
| 7/30/02- | Postage/certified mail charges | 4.61 |
| 11/14/02- | Mileage expense (round trip to St. Paul) - 90 miles at $.30 per mile | 27.00 |
| | - Parking fee in St. Paul | 3.00 |
| 12/13/02- | Fax charges | 2.50 |
| 1/13/03- | Express Mail Fee to Graphic Mailbox | 19.19 |
| | - Photocopy charges | 18.75 |
| 1/14/03- | Fax charges | 12.00 |
| 1/22/03- | Fax charges | 39.00 |
| 1/31/03- | January, 2003 LexisNexis Internet legal research charges | 17.00 |
| 3/18/03- | Postage/certified mail charges | 3.53 |
| 4/17/03- | Legal Research Fees (Lexis/Nexis program) | 164.16 |
| 11/21/03- | Parking Fee - St. Paul; | 6.50 |
| | - Parking Fees | 6.50 |
| | Total costs | $522.98 |
| | Total amount of this bill | $25,344.98 |
| | Balance due | $25,344.98 |

This statement is due upon receipt. Thank you!

For your convenience, we accept Visa and Mastercard.

*GRUNDHOEFER, NEUVILLE & LUDESCHER, P.A.*
*ATTORNEYS AT LAW*
*515 WATER STREET SOUTH*
*P.O. BOX 7*
*NORTHFIELD, MINNESOTA 55057-0007*

*MARVIN L. GRUNDHOEFER*
*THOMAS M. NEUVILLE*
*DAVID L. LUDESCHER*
*KEVIN M. VOSS*

*TELEPHONE (507) 645-4451*
*TOLL FREE (800) 944-2095*
*TELEFAX (507) 645-7233*
*E-MAIL attorneysgnl@qwest.net*

*MELAINEY J. SCHROT, Legal Assistant*

August 25, 2005

Ms. Alane King
Box 25
Pierz MN 56364

*RE:* *Insurance Claim for Accidental Death Benefits*
*U.S. District Court File No. 02-CV-36 JMR/FLN*
*Our File No. 417*

| **DATE** | **DESCRIPTION** | **HOURS** |
|---|---|---|
| 09/02/04 | Fax Acknowledgment of Appearance to 8th Circuit Clerk of Court | 0.5 Hours |
| 09/09/04 | Legal research new cases; prepare for appeal hearing | 7.5 Hour |
| 09/10/04 | Prepare for appeal hearing in St. Louis | 4.0 Hours |
| 09/11/04 | Prepare for appeal hearing in St. Louis; travel to St. Louis in advance of Appeal | 12.0 Hours |
| 09/12/04 | Prepare for appeal hearing; review of cases, briefs, etc. | 4.0 Hours |
| 09/13/04 | Prepare for appeal hearing in St. Louis; review cases and briefs | 8.0 Hours |
| 09/14/04 | Prepare for appeal hearing; review cases and briefs | 10.0 Hours |
| 09/15/04 | Argue before 8th Circuit Court of Appeals *en banc* in St. Louis; travel back to MN | 8.0 Hours |
| **TOTAL** | | **54.0 HRS** |
| Rate of Pay | | x $180.00 |
| ATTORNEYS FEES DUE | | $9,720.00 |

| DATE | DESCRIPTION | CHARGE | |
|---|---|---|---|
| 09/12/04 | Airplane fare to St. Louis, MO | $418.33 | |
| 09/12-15/04 | 3 nights of hotel in St. Louis, MO | $267.12 | |
| COSTS INCURRED | | | $685.45 |
| **TOTAL AMOUNT DUE** | | | **$10,405.45** |

*kms\tmn\king417\hand bill*