UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

File No. 02-CV-36 JMR/FLN

Alane King, as Conservator and
Natural Parent of Amber Lynn Schanus,

Plaintiff,

vs.

Hartford Life and Accident Insurance Company,

Defendant.

**AFFIDAVIT OF COSTS**

STATE OF MINNESOTA )
)ss.
COUNTY OF RICE )

Thomas M. Neuville, first being duly sworn on oath, states that he is the attorney for the Plaintiff in the above-entitled matter; that the following is a true statement of the costs and disbursements of the Plaintiff/Appellant in this action; that each and every item has actually and necessarily been paid or incurred in said action, or in the appeal of this action to the United States Circuit Court of Appeals for the Eighth Circuit; and that attached hereto are true and accurate copies of invoices or bills which evidence the costs and disbursements which have been incurred.

| DATE | COSTS AND DISBURSEMENTS | AMOUNT CLAIMED |
|---|---|---|
| November 14, 2002 | Appellant's Filing Fee in 8th Circuit U.S. Court of Appeals | 105.00 |
| February 6, 2003 | Printing Costs of Appellant's Brief and Appendix (see attached invoice) | 744.95 |
| March 14, 2003 | Printing Cost of Appellant's Reply Brief (see attached invoice) | 325.00 |

| **DATE** | **COSTS AND DISBURSEMENTS** | **AMOUNT CLAIMED** |
|---|---|---|
| January 22, 2004 | Transcript of District Court Motion Hearing Dawn Hanson Official Court Reporter (see attached invoice) | 23.75 |
| March 15, 2004 | Bachman Printing for Response to Petition for Rehearing (see attached invoice) | 301.21 |
| April 21, 2004 | Additional copies of Appellant's Brief and Appellant's Reply Brief Ordered by 8th Circuit for Hearing *en banc* (see attached invoice) | 344.60 |
| **TOTAL** | Costs and Disbursements | **$ 1,844.51** |

FURTHER YOUR AFFIANT SAYETH NOT.

Dated: **August 25, 2005**

/s/ Thomas M. Neuville

Attorney for Plaintiff
Box 7, 515 S. Water St.
Northfield, MN. 55057
(507) 645-4451
Attorney Reg. No. 78591

Subscribed and sworn to before me
this 25th day of August, 2005.

/s/ Karen M. Schaefer

Notary Public

*kms\tmn\king417\aff of costs 2*