UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Court File No. 02-CV-36 JMR/FLN

Alane King, as Conservator and Natural Parent of Amber Lynn Schanus,

Plaintiff,

vs.

**AFFIDAVIT OF SUSAN M. HOLDEN**

Hartford Life and Accident Insurance Company,

Defendant.

Susan M. Holden, being first duly sworn under oath, deposes and states as follows:

I.

That, I am an attorney for the law firm of Sieben, Grose, Von Holtum & Carey, Ltd., 900 Midwest Plaza East, 800 Marquette Avenue, Minneapolis, Minnesota 55402. My legal practice is exclusively in personal injury representing Plaintiffs in matters including wrongful deaths, automobile collisions, products liability, dram shop, premises liability, medical malpractice and insurance disputes related to these types of claims.

II.

That, on most matters in which I bill an hourly rate, my rate is $250.00 per hour. In my experience, that rate is comparable to other attorneys in this community for this type of work and for an experienced attorney (more than 5 years

practice). I am aware that other lawyers in this law firm bill that same rate and sometimes more for hourly work on personal injury matters.

III.

I have a similar case against Hartford Life and Accident Insurance Company involving the insurer's similar denial of accidental death benefits to my client whose son died as a result of a single vehicle accident. The case is Leznever v. Hartford, filed in Federal District Court, Court File number File No. 03-6510 (DSD/SRN). Therefore, I am familiar with the legal issues involved in the above-captioned case.

IV.

I am aware that counsel in the above-captioned case bills an hourly rate of $180 per hour. In my experience that rate is reasonable for the type of the case, the difficulty of the subject matter, and the expertise involved in pursuing this insurance matter arising out of Hartford's denial of accidental death benefits.

FURTHER YOUR AFFIANT SAITH NOT.

Susan M. Holden

Subscribed and sworn to before me this 25th day of August, 2005.

Notary Public

LINDA Y. GONZALEZ
Notary Public
Minnesota
My Commission Expires January 31, 2010

PI1#338673v1