UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

File No. 02-CV-36 JMR/FLN

Alane King, as Conservator and
Natural Parent of Amber Lynn Schanus,

Plaintiff,

**AFFIDAVIT OF SERVICE BY FACSIMILE**

vs.

Hartford Life and Accident Insurance Company,

Defendant.

STATE OF MINNESOTA )
) ss.
COUNTY OF RICE )

Karen M. Schaefer, of the City of Northfield, County of Rice, State of Minnesota, being duly sworn, says that on the 25th day of August, 2005, she served the annexed:

1. **Motion for Costs and Attorney's Fees;**
2. **Affidavit of Thomas M. Neuville;**
3. **Affidavit of Costs;**
4. **Legal Memorandum in support of motion**
5. **Affidavit of Susan Holden; and**
6. **Proposed Order.**

on Eric C. Tostrud of Lockridge, Grindal, Nauen, P.L.L.P., attorney for Defendant Hartford Life and Accident Insurance Company, Suite 2200, 100 Washington Avenue South, Minneapolis, MN 55401-2179, by faxing a true and correct copy thereof to (612) 339-0981, his most recent known number, as indicated above.

/s/ Karen M. Schaefer

**Karen M. Schaefer**

Subscribed and sworn to before me
this 25th day of August, 2005.

/s/ Thomas M. Neuville

Notary Public