AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Clear Form

ALANE KING, as Conservator and Natural Parent of Amber Lynn Schanus

District of Minnesota

## BILL OF COSTS

V.

HARTFORD Life & Accident Ins Co

Case Number: 02-CV-36 JMR/FLN

Judgment having been entered in the above entitled action July 22, 2005 (Date) against Defendant, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk (Appeal fee to Eighth Circuit) | $ 105.00 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 23.75 |
| Fees and disbursements for printing (Brief Printing for Eighth Circuit Appeal) | 1,715.76 |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ 1,844.51 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx.

Signature of /s/ Thomas M. Neuville

Name of Attorney: Thomas M. Neuville

For: Plaintiff (Name of Claiming Party) Date: August 26, 2005

Costs are taxed in the amount of ______ and included in the judgment.

Clerk of Court By: Deputy Clerk Date