# INVOICE

**Becker Gallagher Legal Publishing, Inc.**
Deerfield Square Suite 6
2775 Montgomery Road
Maineville, Ohio 45039
(513) 677-5044

Invoice No 8-3-001
Date 1/23/2003
Terms Due On Receipt

Bill To

Thomas M. Neuville
Grundhoefer, Neuville & Ludescher, P.A.
P.O. Box 7
515 South Water Street
Northfield, MN 55057-0007
(507) 645-4451

RECEIVED FEB 0 3 2003

**U.S. COURT OF APPEALS - 8th Circuit**
02-3934
Alane King v. Hartford Life and Accidental Insurance Company

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Brief Review<br>Includes verification for compliance, all copying, binding and service | 75.00 | 75.00 |
| 1,001 | Appellant Brief (13 copies x 77 pages)<br>Includes all copying, binding and service | 0.15 | 150.15 |
| 775 | Appendix (155 pages x 5 sets)<br>Includes verification for compliance, all copying, binding and service | 0.40 | 310.00 |
| 25 | Appendix covers and index<br>(5 pages x 1 volumes x 5 sets) | 0.40 | 10.00 |
| 1.5 | Hours of Word Processing, edits, revisions, and e-mails for review | 65.00 | 97.50 |
| 3 | pdf disk of brief | 5.00 | 15.00 |
| | Postage/Handling/Filing | 87.30 | 87.30 |

**Total Amount Due**



# INVOICE

**Becker Gallagher Legal Publishing, Inc.**
Deerfield Square Suite 6
2775 Montgomery Road
Maineville, Ohio 45039
(513) 677-5044

Invoice No 8-3-001
Date 1/23/2003
Terms Due On Receipt

Bill To

Thomas M. Neuville
Grundhoefer, Neuville & Ludescher, P.A.
P.O. Box 7
515 South Water Street
Northfield, MN 55057-0007
(507) 645-4451

**U.S. COURT OF APPEALS - 8th Circuit**
02-3934
Alane King v. Hartford Life and Accidental Insurance Company

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Mastercard - 5291492194459281<br>Exp. 04/04 | | -744.95 |
| | Ohio Sales Tax | 6.00% | 0.00 |

Paid 2-10-03
Ck#21295

**Total Amount Due** **$0.00**

# INVOICE

**Becker Gallagher Legal Publishing, Inc.**
Deerfield Square Suite 6
2775 Montgomery Road
Maineville, Ohio 45039
(513) 677-5044

| | |
|---|---|
| Invoice No | 8-3002 |
| Date | 3/6/2003 |
| Terms | Due On Receipt |

Bill To

Thomas M. Neuville
Grundhoefer, Neuville & Ludescher, P.A.
P.O. Box 7
515 South Water Street
Northfield, MN 55057-0007

(507) 645-4451

**U.S. COURT OF APPEALS - 8th Circuit**

02-3934
Alane King v. Hartford Life and Accidental Insurance Company

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Reply Brief - Minimum Billing | 250.00 | 250.00 |
| | Postage/Handling/Filing | 75.00 | 75.00 |
| | Payment - MasterCard | -325.00 | -325.00 |

Alane King # 417

RECEIVED MAR 1 4 2003

PAID 3-14-03
CK# 21356

**Total Amount Due** **$0.00**

# INVOICE

**Becker Gallagher Legal Publishing, Inc.**
8790 Governor's Hill Drive
Suite 102
Cincinnati, OH 45249
(513) 677-5044

Invoice No 8-4001
Date 4/15/2004
Terms Due On Receipt

Bill To

Thomas M. Neuville
Grundhoefer, Neuville & Ludescher, P.A.
P.O. Box 7
515 South Water Street
Northfield, MN 55057-0007

(507) 645-4451

PAID
MC 9281 4/15/04

**U.S. COURT OF APPEALS - 8th Circuit**
Case No. 02-3934
Alane King v. Hartford Life

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2,002 | Brief of Appellant -DISCOUNT Extra Copies (26 Sets x 77 pages) to the 8th Circuit | 0.10 | 200.20 |
| 650 | Reploy Brief of Appellant -DISCOUNT Extra Copies (26 copies x 25 pages) to the 8th Circuit | 0.10 | 65.00 |
| | Postage/Overnight charges | 79.40 | 79.40 |
| | Ohio Sales Tax | 7.00% | 0.00 |

Pd. 4-21-04
CK# 22203

RECEIVED APR 1 6 2004

**Total Amount Due** **$344.60**

---

**REMIT TO:**
BACHMAN PRINTING COMPANIES
510 MARQUETTE AVE., STE.222
MINNEAPOLIS, MN 55402

Bachman Co's.

INVOICE
Fed. Tax I.D.# 41-1847-471
No. **26290**

Date 3/9/04
Customer P.O. No.

CUSTOMER
Grundhoefer, Neuville & Ludescher, P.A.
515 South Water Street
PO Box 7
Northfield MN 55057

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 29 | Response to Petition for Rehearing, King v. Hartford Ins. Prepare cover, copy, collate, bind, serve and file. | 254.20 |

Pd
#22106
3-15-04

RECEIVED MAR 1 0 2004

Taken by: KRISTI

TERMS: NET 30. Invoices past due will be subject to a finance charge of 1.5% per month.

THANK YOU. Your business is appreciated!

| | |
|---|---|
| SUB | 254.20 |
| TAX | 19.71 |
| SHIPPING | 27.30 |
| TOTAL | 301.21 |

510 Marquette Avenue ■ 222 on the Skyway Minneapolis, MN 55402
phone (612) 339-9518 ■ fax (612) 337-8053 ■ (800) 715-3582
printing@bachmanprint.com

*GRUNDHOEFER, NEUVILLE & LUDESCHER, P.A.*
*ATTORNEYS AT LAW*
*515 WATER STREET SOUTH*
*P.O. BOX 7*
*NORTHFIELD, MINNESOTA 55057-0007*

*MARVIN L. GRUNDHOEFER*
*THOMAS M. NEUVILLE*
*DAVID L. LUDESCHER*

*JAMES O. CAULFIELD-(1903-1981)*

*TELEPHONE (507) 645-4451*
*TOLL FREE (800) 944-2095*
*TELEFAX (507) 645-7233*
*E-MAIL attorneysgnl@qwest.net*

January 22, 2003

Ms. Dawn M.H. Hansen, RMR, CRR
Official Court Reporter
1005 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: *Alane King v. Hartford Life and Accident Insurance Company*
*District Court File No. 02-CV-36*
*Eighth Circuit Appeal: File No. 02-3934*
*Our File No. 417*

Dear Ms. Hanson:

Enclosed please find our office check made payable to Dawn M.H. Hansen, RMR, CRR, in the amount of $23.75, as and for Transcript of motions hearing before Chief Judge James M. Rosenbaum, October 11, 2002.

Thank you.

Sincerely,

**GRUNDHOEFER, NEUVILLE & LUDESCHER, P.A.**

Thomas M. Neuville

TMN/kms

*kms\tmn\King 417\LT Ct Reporter 3*

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE MINNESOTA

INVOICE NO: 20030004

**MAKE CHECKS PAYABLE TO:**

Thomas M. Neuville
Grundhoffer, Neuville & Ludescher
515 Water Street South
P.O. Box 7
Northfield, MN 55057

Phone: (507) 645-4451
FAX:

Dawn M.H. Hansen, RMR, CRR
Official Court Reporter
1005 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Phone: (612) 664-5107
FAX: (612) 664-5054
Tax ID: 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
*Dawn_MH_Hansen@mnd.uscourts.gov*

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 11-27-2002

DATE DELIVERED: 01-15-2003

**Case Style:** 00-36, Alane King v Hartford Life and Accident
Transcript of motions hearing before Chief Judge James M. Rosenbaum, October 11, 2002.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 27 | 0.75 | 20.25 | | | | 20.25 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. mailing | | | | | | | | | MISC. CHARGES: | 3.50 |

| | |
|---|---|
| TOTAL: | 23.75 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $23.75 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE Dawn M H Hansen

DATE 01-15-2003

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR