UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No.: 02-CV-36 JMR/FLN

---

Alane King, as Conservator and
Natrual Parent of Amber Lynn Schanus,

Plaintiff,

**AFFIDAVIT OF ROBERT J. KING, JR.**

v.

Hartford Life and Accident Insurance Company,

Defendant.

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Robert J. King, Jr., being first duly sworn, deposes as follows:

1. I am an attorney duly licensed to practice law in the State of Minnesota and I have been admitted to practice in the above court for over 25 years.

2. I have litigated matters in the above referenced court and in other United States District Courts, as have other members of my firm, Lommen, Nelson, Cole & Stageberg. I am generally familiar with legal fees charged in Minnesota and in matters involving litigation in the above court. In my opinion, a fee rate of $180 per our is certainly fair and reasonable, if not low, for federal court matters in this jurisdiction.

FURTHER YOUR AFFIANT SAITH NOT.

Robert J. King

Subscribed and sworn to before
me this 25th day of August, 2005.

Notary Public

ROCHELLE J. SCHOMMER
Notary Public-Minnesota
My Commission Expires Jan 31, 2010