UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

File No. 02-CV-36 JMR/FLN

---

Alane King, as Conservator and
Natural Parent of Amber Lynn Schanus,

Plaintiff,

**CERTIFICATE OF SERVICE**

vs.

Hartford Life and Accident Insurance Company,

Defendant.

---

I hereby certify that on August 25, 2005, I caused the following documents:

**Affidavit of Robert J. King, Jr.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Eric Tostrude**, at: ectostrude@locklaw.com

Dated: **August 26, 2005**

/s/ Thomas M. Neuville

Attorney for Plaintiff
Box 7, 515 S. Water St.
Northfield, MN. 55057
(507) 645-4451
Attorney Reg. No. 78591

*kms\tmn\king417\certificate of service-aff king*