UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

File No. 02-CV-36 JMR/FLN

---

Alane King, as Conservator and
Natural Parent of Amber Lynn Schanus,

Plaintiff,

vs.

Hartford Life and Accident Insurance Company,

Defendant.

**CERTIFICATION OF COMPLIANCE UNDER LOCAL RULE 7.1(c)**

---

Plaintiff has filed a legal memoranda of law in connection with her motion for attorney's fees and costs. The undersigned hereby certifies that the memorandum of law filed in support of said motion consists of 1,399 words. The word count on the memorandum of law was determined by the WordPerfect processing program, and said program was applied to include all text including headings, footnotes and notations.

The word processing software used to prepare the memorandum was WordPerfect Version 9.

Dated: **August 26, 2005**

/s/ Thomas M. Neuville

Grundhoefer, Neuville & Ludescher, P.A.
Attorneys for Plaintiff
Box 7, 515 South Water Street
Northfield, Minnesota 55057
Telephone No. (507)645-4451
Attorney Registration No. 078591

*kms\tmn\king417\cert of compliance*