UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-36(JMR/FLN)

| | | |
|---|---|---|
| Alane King | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Hartford Life and Accident Insurance Company | ) | |

This matter is before the Court on remand from the Eighth Circuit Court of Appeals. Pursuant to the Eighth Circuit's Opinion and Mandate, IT IS ORDERED that this case is hereby remanded to the administrator, who shall reevaluate Amber Lynn Schanus's claim for accidental benefits under the Wickman standard. See King v. Hartford Life and Accident Insurance Co., Case No. 02-3934 at 19 (8th Cir., July 22, 2005); Wickman v. Northwestern National Insurance Co., 908 F.2d 1077 (1st Cir. 1990).

Dated: August 31st, 2005

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge