**GRUNDHOEFER, NEUVILLE & LUDESCHER, P.A.**
ATTORNEYS AT LAW
515 WATER STREET SOUTH
P.O. BOX 7
NORTHFIELD, MINNESOTA 55057-0007

MARVIN L. GRUNDHOEFER
THOMAS M. NEUVILLE
DAVID L. LUDESCHER
KEVIN M. VOSS

TELEPHONE (507) 645-4451
- TOLL FREE (800) 944-2095
TELEFAX (507) 645-7233
E-MAIL attorneysgnl@qwest.net

MELAINEY J. SCHROT, Legal Assistant

September 14, 2005

Honorable James M. Rosenbaum
Chief Judge, District of Minnesota
United States District Court
15E United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Attention: Heather Labat

RE: *Alane King v. Hartford Life and Accident Insurance Company*
*District Court File No. 02-CV-36 JMR/FLN*
*Our File No. 417*

Dear Judge Rosenbaum:

Please be advised that the Plaintiff has withdrawn her request for costs and disbursements which has been pending in the Eighth Circuit Court of Appeals.

The parties have stipulated that the Minnesota District Court will consider and approve any cost or disbursement which could have been allowed by the Eighth Circuit Court of Appeals, in connection with Plaintiff's recent appeal, when this Court considers Plaintiff's motion for attorney's fees, costs and expenses.

The parties felt that it would be more efficient to have this Court consider the award of costs and expenses at the same time that it considers Plaintiff's request for attorney's fees under ERISA.

GRUNDHOEFER, NEUVILLE & LUDESCHER, P.A.

Thomas M. Neuville
Attorney for Plaintiff
Alane King

LOCKRIDGE GRINDAL NAUEN P.L.L.P

Eric C. Tostrud
Attorney for Defendant
Hartford Life and Accident Ins. Co.

TMN/kms
Enclosures

kms\tmn\King 417\LT US Dist Court 5 re taxation of costs