**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Alane King,

Plaintiff,

v.

Hartford Life and Accident Insurance Company,

Defendant.

Court File No. 02-CV-36 JMR/FLN

**CERTIFICATE OF COMPLIANCE**

1. This brief complies with the word limitation of LR 7.1(c) because this brief contains 4,277 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(c). This brief was prepared using Microsoft Word 2002.

2. This brief complies with the type size requirements of LR 7.1(e) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 8½" by 11" paper with at least one inch margins on all four sides.

Dated: September 26, 2005

**s/ Eric C. Tostrud**
Eric C. Tostrud, #213548
Attorney for Defendant Hartford Life and Accident Insurance Company
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-6900