**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Alane King,

Plaintiff,

v.

Hartford Life and Accident Insurance Company,

Defendant.

Court File No. 02-CV-36 JMR/FLN

**CERTIFICATE OF SERVICE**

---

I hereby certify that on September 26, 2005, I caused the following documents:

1. **Defendant's Memorandum in Opposition to Plaintiff's Motion for Attorney's Fees and Costs**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Thomas M Neuville
attorneysgnl@qwest.net
tneuville@charter.net

I further certify that all counsel of record were separately served a copy of the **Proposed Order** which was separately e-mailed to Judge Rosenbaum pursuant to Section G.2 of the Electronic Case Filing Procedures for this District.

Dated: September 26, 2005

**s/ Eric C. Tostrud**
Eric C. Tostrud, #213548
Attorney for Defendant Hartford Life and Accident Insurance Company
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-6900