# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL

SEP 28 2005

CLERK US DIST COURT
MINNEAPOLIS MN

No. 02-3934

| | | |
|---|---|---|
| Alane King, etc., | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States District Court for the District of Minnesota. |
| | * | |
| Hartford Life and Accident Insurance Company, | * | |
| | * | |
| Appellee. | * | |

Appellant's motion to withdraw the request for an award of costs has been considered by the court and is granted. Appellant's motion is hereby withdrawn.

September 26, 2005

SCANNED
SEP 28 2005
U.S. DISTRICT COURT MPLS

Order Entered at the Direction of the Court:
Michael E. Gans
Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 26, 2005

RECEIVED
BY MAIL

SEP 28 2005

CLERK US DIST COURT
MINNEAPOLIS MN

Mr. Thomas M. Neuville
GRUNDHOEFER & NEUVILLE
P.O. Box 7
515 S. Water Street
Northfield, MN 55057

Re: 02-3934 Alane King vs. Hartford Life

Dear Counsel:

Enclosed is a copy of an order entered today in the above case at the direction of the court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

mer

Enclosure(s)

cc: Honorable James M. Rosenbaum, U.S. District Judge
Eric Tostrud
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 02-36 JMR/FLN