UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

File No. 02-CV-36 JMR/FLN

Alane King, as Conservator and
Natural Parent of Amber Lynn Schanus,

Plaintiff,

vs.

Hartford Life and Accident Insurance Company,

Defendant.

**CERTIFICATION OF COMPLIANCE UNDER LOCAL RULE 7.1(c)**

1. This Reply Brief complies with the word limitation of local Rule 7.1(c). This Reply Brief contains 2531 words, including all text, headings, footnotes and quotations other than the parts of the Brief exempted by local Rule 7.1(c). This Reply Brief was prepared using WordPerfect 10. The total word count for this Reply Brief and Plaintiff's original Brief is 3930.

2. This Brief complies with the type and size requirements of local Rule 7.1(e) because this Brief has been prepared using at least font size 13, is double spaced (except for headings, footnotes, quotations that exceed two lines), and is submitted on 8½" x 11" paper, with at least 1" margins on all four sides.

Dated: **October 4, 2005**

/s/ Thomas M. Neuville

Grundhoefer, Neuville & Ludescher, P.A.
Attorneys for Plaintiff
Box 7, 515 South Water Street
Northfield, Minnesota 55057
Telephone No. (507)645-4451
Attorney Registration No. 078591

*kms\tmn\king417\cert of compliance-reply brief supporting atty fees*