***GRUNDHOEFER, NEUVILLE & LUDESCHER, P.A.***
***ATTORNEYS AT LAW***
***515 WATER STREET SOUTH***
***P.O. BOX 7***
***NORTHFIELD, MINNESOTA 55057-0007***

***MARVIN L. GRUNDHOEFER***
***THOMAS M. NEUVILLE***
***DAVID L. LUDESCHER***
***KEVIN M. VOSS***

***MELAINEY J. SCHROT, Legal Assistant***

***TELEPHONE (507) 645-4451***
***TOLL FREE (800) 944-2095***
***TELEFAX (507) 645-7233***
***E-MAIL attorneysgnl@qwest.net***

October 6, 2005

Honorable James M. Rosenbaum
Chief Judge, District of Minnesota
United States District Court
15E United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Attention: Heather Labat

RE: *Alane King v. Hartford Life and Accident Insurance Company*
*District Court File No. 02-CV-36 JMR/FLN*
*Our File No. 417*

Dear Judge Rosenbaum:

On October 4, 2005, I filed and served a Reply Brief in Support of Plaintiff's Motion for Costs and Attorney's fees. The Brief was filed and served by ECF.

Unfortunately, there was one clerical error with respect to a case citation, which was not corrected in the final proofreading of the Brief.

The error is located on page 9 of the Reply Brief (page 13 of 15 of Docket Document Number 50). In the first line of this page, I refer to the *Westerhaus* case. The citation should have referenced the *Wickman* case, which was decided by the First Circuit.

I request that you correct the citation in the Brief. I apologize for the error.

Respectfully submitted,

GRUNDHOEFER, NEUVILLE & LUDESCHER, P.A.

/s/ Thomas M. Neuville

Thomas M. Neuville
Attorney for Plaintiff Alane King

TMN:kms
cc: Eric Tostrud

*kms\tmn\King 417\LT US Dist Court 6 re clerical error in reply brief*