**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Alane King, as Conservator and Natural
Parent of Amber Lynn Schanus,

Plaintiff, Civil No. 02-36 (JMR/FLN)

v.

Hartford Life & Accident Ins. Co.,

Defendant.

COST JUDGMENT

Costs have been taxed and allowed by the Clerk of this Court as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $105.00 | $105.00 |
| Fees of the Court Reporter | $23.75 | $23.75 |
| Fees and Disbursements for Printing | $1,175.76 | $1,715.76 |
| TOTAL: | $1,844.51 | $1,844.51 |

Costs, therefore, are taxed in the sum of One Thousand Eight Hundred Forty Four and 51/100 Dollars ($1,844.51) in favor of Plaintiff, and against Defendant, and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of December 13, 2005.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk