UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-36(JMR/FLN)

| | | |
|---|---|---|
| Alane King | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Hartford Life and Accident | ) | |
| Insurance Co. | ) | |

This matter is before the Court on plaintiff's motion for attorneys fees and costs [Docket No. 30]. The Court conducted a phone conference with the parties on January 5, 2006. Based on the files, records, and proceedings herein, IT IS ORDERED that:

1. Plaintiff's motion for attorneys fees is denied without prejudice.

2. The Court has been advised that the issue of costs will be resolved between the parties. Accordingly, plaintiff's motion for costs is dismissed as moot.

Dated: January 6, 2006

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge